

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-14-00652-CR

Emilio Rene **MARTINEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 13-CRD-90
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

Appellant has filed a motion requesting this court to order that certain original exhibits admitted at trial be filed in this court as part of the appellate record. The reporter's record merely identifies the exhibits (magazines and DVDs) and does not include copies of them. Appellant contends the original exhibits are necessary in order for this court to review the trial court's decision to admit them into evidence and to determine whether their admission caused reversible harm.

We **grant** the motion. Pursuant to rule 34.6(g)(2) of the Texas Rules of Appellate Procedure, we **order** Richard M. Barton, the Duval County District Clerk to forward to this court the original State's Exhibits 8 through 29.

We further **order** that on receipt of the original exhibits by this court, the Clerk of this court immediately place the original exhibits under seal.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court